ACCEPTED
14-15-00695-cv
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 4:27:27 PM
CHRISTOPHER PRINE
CLERK

## No. 14-15-00695-CV

**In The Fourteenth Court Of Appeals**
**Houston, Texas**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
12/9/2015 4:27:27 PM
CHRISTOPHER A. PRINE
Clerk

*GARDEN RIDGE, L.P., Appellant*

**V.**

*CLEAR LAKE CENTER, L.P., Appellee*

**From the 215th District Court, Harris County, Texas**
**Cause No. 2009-58038, consolidated with Cause No. 2012-46099**

**Appellee/Cross-Appellant's Unopposed Motion for**
**Extension of Time to File Brief**

Appellee/Cross-Appellant Clear Lake Center, L.P. (**"Appellee/Cross-Appellant"**) files this motion for extension of time to file its Appellee's brief and its Cross-Appellant's brief pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d).

Appellee/Cross-Appellant's Brief is was due on December 2, 2015. This is the second request for extension.

This motion is not brought for purpose of delay, rather that justice may be done.

20020862.20090455/2282086.1

Appellee/Cross-Appellant requests a 15 day extension to file Appellee/Cross-Appellant's Brief. Reasons for this extension include the following:

a. While preparing the briefs, omissions of materials from the Reporter's Record were discovered. Notwithstanding the Reporter's prompt and gracious assistance, time was lost.

Appellee/Cross-Appellant respectfully asks the Court to extend the time for filing Appellee/Cross-Appellant's brief for an additional 15 days or such other period as the Court may determine.

Respectfully submitted,

HIRSCH & WESTHEIMER, P.C.

By:/s/ Michael D. Conner
    Eric Lipper
    State Bar No. 12399000
    elipper@hirschwest.com
    Michael D. Conner
    State Bar No. 04688650
    mconner@hirschwest.com
    1415 Louisiana, 36th Floor
    Houston, Texas 77002
    Telephone: 713-223-5181
    Facsimile: 713-223-9319

**Attorneys for Appellee/Cross-Appellant**
**Clear Lake Center, L.P.**

## Certificate of Compliance

I do hereby certify that this document complies with the typeface requirements of Texas Rule of Appellate Procedure 9.4(e) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2013 in 14 point Times New Roman font.

*/s/ Michael D. Conner*
Michael D. Conner

## Certificate of Conference and Certificate of Service

On December 9, 2015, I e-mailed Heidi Bloch, attorney representing Appellant. She is not opposed to this Motion.

I hereby certify that on this 9th day of December, 2015, a true and correct copy of the foregoing document was served as follows:

Stephen W. Lemmon
Heidi Bloch
Husch Blackwell LLP
111 Congress Avenue, Suite 1400
Austin, Texas 78701
Phone: 512.472.5456
Fax: 512.479.1101
Stephen.Lemmon@huschblackwell.com
heidi.bloch@huschblackwell.com
*Via E-Service*

/s/ Michael D. Conner
Michael D. Conner